PEATROSS, J.,
dissents.
hi respectfully disagree with the majority’s opinion because I do not find Fred’s to be a manufacturer as defined in La. R.S. 9:2800.53(l)(a). I instead agree with the federal district court’s reasoning in Shapiro v. Wal-Mart Stores, Inc., 1994 WL 577346 (E.D.La.1994), that “[t]he phrase ‘labels a product as his own’ in La. R.S. 9:2800.53(l)(a) is defined by the remainder of that subsection which provides, [’]or who otherwise holds himself out to be the manufacturer of the product!.’] The statute therefore refers to a label creating the appearance that the named entity manufactured the product.”
Under this construction of the statute, I do not find the wording in Fred’s label, “Distributed by Fred’s,” to suggest that Fred’s is labeling the product as its own, i.e., holding itself out as the manufacturer. To the contrary, Fred’s label clearly defines and limits its role as the distributor of the product and nothing more.
For the forgoing reasons, I respectfully dissent.